```
                                              FILED
                                         18 DEC 21 PM 4:41
                                         CLERK U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY: _____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **18 CR 5574 BAS** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(b)(1)(C) – Distribution of Fentanyl Resulting in Death; Title 21, U.S.C., Sec. 841(a)(1) – Possession of Fentanyl with Intent to Distribute |
| KYLE ANTHONY SHEPHARD, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about January 27, 2017, within the Southern District of California, defendant KYLE ANTHONY SHEPHARD, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, which resulted in the death of another person, to wit, M.C.; in violation of Title 21, United States Code, Section 841(b)(1)(C).

//
//
//

TDC:MFK:nlv:San Diego
12/19/18

Count 2

On or about December 12, 2017, within the Southern District of California, defendant KYLE ANTHONY SHEPHARD, did knowingly and intentionally possess with intent to distribute, 40 grams and more, to wit: approximately 145.9 grams (approximately 1,362 pills), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 21, 2018.

A TRUE BILL:

*/s/ DR*
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: */s/*
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney

By: */s/*
MICHAEL F. KAPLAN
Assistant U.S. Attorney